**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **CHRISTIAN ALDAHIR FLORES MARTINEZ** | **CIVIL ACTION NO. 26-2821** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRIAN PATTERSON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Christian Aldahir Flores Martinez's petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

THUS DONE in Chambers on this 19th day of November, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE